BERTHA SCHAFHAUS, Appellant, v. THE CONEY ISLAND AND GRAVESEND ELECTRIC RAILWAY COMPANY et al., Respondents.

*Schafhaus* v. *Coney Island & G. Electric Ry. Co.*, 120 App. Div. 890, affirmed.

(Submitted October 25, 1909; decided November 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 2, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enjoin the operation of a street surface railroad upon the ground that a portion of the street upon which defendants' tracks were laid had been legally closed.

*Benjamin G. Paskus* and *Sydney Bernheim* for appellant.

*John L. Wells* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.